| United States Bankruptcy Court<br>Northern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Caskinette Auto Sales, Inc. d/b/a TI Auto Sales Yamaha Shi-Doo** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**16-1496655** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**42736 NYS Route 12**<br>**Alexandria Bay, NY**<br>ZIP Code **13607** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Jefferson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **42736 NYS Route 12**<br>**Alexandria Bay, NY 13607** |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Caskinette Auto Sales, Inc. d/b/a TI Auto Sales Yamaha Shi-Doo** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br> Signature of Attorney for Debtor(s)                (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Caskinette Auto Sales, Inc. d/b/a TI Auto Sales Yamaha Shi-Doo** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ David P. Antonucci**
Signature of Attorney for Debtor(s)

**David P. Antonucci 101041**
Printed Name of Attorney for Debtor(s)

**Antonucci Law Firm**
Firm Name

**The Bonadio Building**
**12 Public Square**
**Watertown, NY 13601**
Address

**(315) 788-7300  Fax: (315) 788-1643**
Telephone Number

**September 16, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Sean M Jeror**
Signature of Authorized Individual

**Sean M Jeror**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**September 16, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of New York

In re    **Caskinette Auto Sales, Inc. d/b/a TI Auto Sales Yamaha Shi-Doo**      Case No. _____

                                          Debtor(s)          Chapter     **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Alex Bay Auto Parts**<br>**P.O. Box 366**<br>**Alexandria Bay, NY 13607** | **Alex Bay Auto Parts**<br>**P.O. Box 366**<br>**Alexandria Bay, NY 13607** | | | **1,512.23** |
| **AmeriCU**<br>**P.O. Box 4179**<br>**Rome, NY 13440-4179** | **AmeriCU**<br>**P.O. Box 4179**<br>**Rome, NY 13440-4179** | **Boat Loan** | | **225,000.00**<br><br>**(0.00 secured)** |
| **Cheney Tire**<br>**839 State Street**<br>**Watertown, NY 13601** | **Cheney Tire**<br>**839 State Street**<br>**Watertown, NY 13601** | | | **1,172.70** |
| **Custom Assembly Inc**<br>**2952 CR 107**<br>**Haviland, OH 45851** | **Custom Assembly Inc**<br>**2952 CR 107**<br>**Haviland, OH 45851** | | | **720.00** |
| **Davidson's Auto Group**<br>**Box 6069 Outer Washington Street**<br>**Watertown, NY 13601** | **Davidson's Auto Group**<br>**Box 6069 Outer Washington Street**<br>**Watertown, NY 13601** | | | **1,203.09** |
| **Eiss Brothers**<br>**28250 State RT 37**<br>**Watertown, NY 13601** | **Eiss Brothers**<br>**28250 State RT 37**<br>**Watertown, NY 13601** | | | **2,550.00** |
| **Erie Insurance**<br>**8035 Spruce Hill Drive**<br>**Clay, NY 13041** | **Erie Insurance**<br>**8035 Spruce Hill Drive**<br>**Clay, NY 13041** | | | **3,062.00** |
| **GE Capital**<br>**P.O. Box 6229**<br>**Carol Stream, IL 60197-6229** | **GE Capital**<br>**P.O. Box 6229**<br>**Carol Stream, IL 60197-6229** | **Bobcat Loan** | | **80,000.00**<br><br>**(0.00 secured)** |
| **GE Capital**<br>**P.O. Box 6229**<br>**Carol Stream, IL 60197-6229** | **GE Capital**<br>**P.O. Box 6229**<br>**Carol Stream, IL 60197-6229** | **Copier** | | **720.95** |
| **GE Commercial Distribution Finance Corp**<br>**5595 Trillium Blvd.**<br>**Hoffman Estates, IL 60192** | **GE Commercial Distribution Finance Corp**<br>**5595 Trillium Blvd.**<br>**Hoffman Estates, IL 60192** | | **Disputed** | **56,878.00**<br><br>**(0.00 secured)** |
| **Gouverneur Savings & Loan**<br>**42 Church Street**<br>**PO Box 297**<br>**Gouverneur, NY 13642** | **Gouverneur Savings & Loan**<br>**42 Church Street**<br>**PO Box 297**<br>**Gouverneur, NY 13642** | | | **7,330.56** |

**Caskinette Auto Sales, Inc. d/b/a TI Auto Sales Yamaha**

In re   **Shi-Doo**                                    Case No.                        

                                     Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **HSBC** | **HSBC** | | | **15,427.95** |
| **Hutchinson's Boat Works**<br>**27 Holland Street**<br>**Alexandria Bay, NY 13607** | **Hutchinson's Boat Works**<br>**27 Holland Street**<br>**Alexandria Bay, NY 13607** | **Boat Storage** | | **1,545.85**<br><br>**(0.00 secured)** |
| **Interstate Battery**<br>**393 N Collingwood Ave**<br>**Syracuse, NY 13206** | **Interstate Battery**<br>**393 N Collingwood Ave**<br>**Syracuse, NY 13206** | | | **1,251.00** |
| **Lofinks**<br>**36788 NYS RT 26**<br>**P.O. Box 630**<br>**Carthage, NY 13619** | **Lofinks**<br>**36788 NYS RT 26**<br>**P.O. Box 630**<br>**Carthage, NY 13619** | | | **1,087.44** |
| **M&T Bank**<br>**P.O. Box 62082**<br>**Baltimore, MD 21264-2082** | **M&T Bank**<br>**P.O. Box 62082**<br>**Baltimore, MD 21264-2082** | **Auto Loan** | | **30,000.00**<br><br>**(0.00 secured)** |
| **National Grid**<br>**P.O. Box 1303**<br>**Buffalo, NY 14240** | **National Grid**<br>**P.O. Box 1303**<br>**Buffalo, NY 14240** | | | **909.30** |
| **Parts Unlimited**<br>**P.O. Box 5222**<br>**Janesville, WI 53547-5222** | **Parts Unlimited**<br>**P.O. Box 5222**<br>**Janesville, WI 53547-5222** | | | **1,801.11** |
| **UZ Engineered Products**<br>**P.O. Box 74189**<br>**Cleveland, OH 44194-0268** | **UZ Engineered Products**<br>**P.O. Box 74189**<br>**Cleveland, OH 44194-0268** | | | **1,753.42** |
| **Yellow Book**<br>**P.O. Box 11815**<br>**Newark, NJ 07101-8115** | **Yellow Book**<br>**P.O. Box 11815**<br>**Newark, NJ 07101-8115** | | | **1,280.56** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the   of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 16, 2009**                Signature    **/s/ Sean M Jeror**

                                                         **Sean M Jeror**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

In re   **Caskinette Auto Sales, Inc. d/b/a TI Auto Sales Yamaha Shi-Doo**     Case No. _____

                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **114585322** | | | | | | | | |
| **American Honda Finance Corporation** **P.O. Box 7829** **Philadelphia, PA 19101-7829** | | - | | | | | | |
| | | | Value $     **0.00** | | | | **521.40** | **521.40** |
| Account No. **000018699402** | | | **Boat Loan** | | | | | |
| **AmeriCU** **P.O. Box 4179** **Rome, NY 13440-4179** | | - | **Boat Loan** | | | | | |
| | | | Value $     **0.00** | | | | **225,000.00** | **225,000.00** |
| Account No. | | | | | | | | |
| **Community Bank National Association** **216 Washington Street** **Watertown, NY 13601** | | - | | | | | | |
| | | | Value $   **1,075,000.00** | | | | **548,426.54** | **0.00** |
| Account No. **90133111973** | | | **Bobcat Loan** | | | | | |
| **GE Capital** **P.O. Box 6229** **Carol Stream, IL 60197-6229** | | - | **Bobcat Loan** | | | | | |
| | | | Value $     **0.00** | | | | **80,000.00** | **80,000.00** |

  **1**    continuation sheets attached                      Subtotal | **853,947.94** | **305,521.40**
(Total of this page)

In re **Caskinette Auto Sales, Inc. d/b/a TI Auto Sales Yamaha Shi-Doo** , Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| **GE Commercial Distribution Finance Corp** **5595 Trillium Blvd.** **Hoffman Estates, IL 60192** | - | | | | | | X | | |
| | | | | Value $                     0.00 | | | | 56,878.00 | 56,878.00 |
| Account No. **114585322** | | | | **Auto Loan** | | | | | |
| **Honda** | - | | | **Auto Loan** | | | | | |
| | | | | Value $                     0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | **Boat Storage** | | | | | |
| **Hutchinson's Boat Works** **27 Holland Street** **Alexandria Bay, NY 13607** | - | | | | | | | | |
| | | | | Value $                     0.00 | | | | 1,545.85 | 1,545.85 |
| Account No. **10000151313970001** | | | | **Auto Loan** | | | | | |
| **M&T Bank** **P.O. Box 62082** **Baltimore, MD 21264-2082** | - | | | **Auto Loan** | | | | | |
| | | | | Value $                     0.00 | | | | 30,000.00 | 30,000.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 88,423.85 | 88,423.85 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 942,371.79 | 393,945.25 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

.

In re    **Caskinette Auto Sales, Inc. d/b/a TI Auto Sales Yamaha Shi-Doo**      Case No. _____

                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                         **0**     continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **Caskinette Auto Sales, Inc. d/b/a TI Auto Sales Yamaha Shi-Doo**          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | - | | | payroll company | | | | |
| **ADP** **455 Electronics Parkway** **Liverpool, NY 13088** | | | | | | | | | 276.03 |
| Account No. | | - | | | | | | | |
| **Alex Bay Auto Parts** **P.O. Box 366** **Alexandria Bay, NY 13607** | | | | | | | | | 1,512.23 |
| Account No. | | - | | | | | | | |
| **Cheney Tire** **839 State Street** **Watertown, NY 13601** | | | | | | | | | 1,172.70 |
| Account No. | | - | | | | | | | |
| **Custom Assembly Inc** **2952 CR 107** **Haviland, OH 45851** | | | | | | | | | 720.00 |

__5__ continuation sheets attached

Subtotal
(Total of this page)          **3,680.96**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          S/N:31463-090811   Best Case Bankruptcy

In re  **Caskinette Auto Sales, Inc. d/b/a TI Auto Sales Yamaha Shi-Doo** ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Davidson's Auto Group Box 6069 Outer Washington Street Watertown, NY 13601 | - | | | | | | | 1,203.09 |
| Account No. | | | | | | | | |
| Eiss Brothers 28250 State RT 37 Watertown, NY 13601 | - | | | | | | | 2,550.00 |
| Account No. | | | | | | | | |
| Erie Insurance 8035 Spruce Hill Drive Clay, NY 13041 | - | | | | | | | 3,062.00 |
| Account No. | | | | | | | | |
| Form Solutions P.O. Box 850907 Mobile, AL 36685 | - | | | | | | | 111.60 |
| Account No. | | | | Copier | | | | |
| GE Capital P.O. Box 6229 Carol Stream, IL 60197-6229 | - | | | | | | | 720.95 |

Sheet no. __1__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **7,647.64**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Caskinette Auto Sales, Inc. d/b/a TI Auto Sales Yamaha Shi-Doo** ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| GE Capital Bobcat P.O. box 6229 Carol Stream, IL 60197-6229 | - | | | | | | | |
| | | | | | | | | 292.47 |
| Account No. 7500474488 | | | | | | | | |
| Gouverneur Savings & Loan 42 Church Street PO Box 297 Gouverneur, NY 13642 | - | | | | | | | |
| | | | | | | | | 7,330.56 |
| Account No. 547478370439619 | | | | | | | | |
| HSBC | - | | | | | | | |
| | | | | | | | | 15,427.95 |
| Account No. | | | | | | | | |
| Interstate Battery 393 N Collingwood Ave Syracuse, NY 13206 | - | | | | | | | |
| | | | | | | | | 1,251.00 |
| Account No. | | | | | | | | |
| Lofinks 36788 NYS RT 26 P.O. Box 630 Carthage, NY 13619 | - | | | | | | | |
| | | | | | | | | 1,087.44 |

Sheet no. __2__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **25,389.42**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __Caskinette Auto Sales, Inc. d/b/a TI Auto Sales Yamaha Shi-Doo__ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| National Grid P.O. Box 1303 Buffalo, NY 14240 | - | | | | | | 909.30 |
| Account No. | | | | | | | |
| Northeast Rentals & Sales 22620 Fisher Rd Watertown, NY 13601 | - | | | | | | 234.95 |
| Account No. | | | | | | | |
| Parts Unlimited P.O. Box 5222 Janesville, WI 53547-5222 | - | | | | | | 1,801.11 |
| Account No. | | | | | | | |
| Rigid Hitch Inc 3301 West Burnsville Parkway Burnsville, MN 55337 | - | | | | | | 208.40 |
| Account No. | | | | | | | |
| St Lawrence County Newspapers P.O. Box 409 Ogdensburg, NY 13669-0409 | - | | | | | | 550.76 |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **3,704.52**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re __Caskinette Auto Sales, Inc. d/b/a TI Auto Sales Yamaha Shi-Doo__ ,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** <br><br> **Taylors Auto Products** <br> **P.O. Box 8006** <br> **Syracuse, NY 13217** | - | | | | | | | 279.55 |
| **Account No.** <br><br> **Thousand Island Auto/Boat** <br> **343 James Street** <br> **Clayton, NY 13624** | - | | | | | | | 369.44 |
| **Account No.** <br><br> **Thousand Island Printing Co Inc** <br> **P.O. Box 277** <br> **Alexandria Bay, NY 13607** | - | | | | | | | 122.80 |
| **Account No.** <br><br> **Time Warner Cable** <br> **P.O. Box 4222** <br> **Buffalo, NY 14240-4222** | - | | | | | | | 78.95 |
| **Account No.** <br><br> **Town of Orleans** <br> **P.O. Box 103** <br> **La Fargeville, NY 13656** | - | | | | | | | 570.90 |

Sheet no. __4__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                       Subtotal <br> (Total of this page)      **1,421.64**

In re __Caskinette Auto Sales, Inc. d/b/a TI Auto Sales Yamaha Shi-Doo__ , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>**UZ Engineered Products**<br>**P.O. Box 74189**<br>**Cleveland, OH 44194-0268** | - | | | | | | | **1,753.42** |
| **Account No.**<br><br>**Yellow Book**<br>**P.O. Box 11815**<br>**Newark, NJ 07101-8115** | - | | | | | | | **1,280.56** |
| **Account No.** | | | | | | | | |
| **Account No.** | | | | | | | | |
| **Account No.** | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **3,033.98** |
| | Total<br>(Report on Summary of Schedules) | **44,878.16** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of New York

In re    **Caskinette Auto Sales, Inc. d/b/a TI Auto Sales Yamaha Shi-Doo**      Case No. _____

                                                      Debtor(s)            Chapter    **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the     of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **20**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September 16, 2009** _____        Signature    **/s/ Sean M Jeror** _____

                                                                               **Sean M Jeror**

     *Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court

## Northern District of New York

In re __Caskinette Auto Sales, Inc. d/b/a TI Auto Sales Yamaha Shi-Doo__ ,

Debtor

Case No. _____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sean M Jeror**<br>**42736 NYS Route 12**<br>**Alexandria Bay, NY 13607** | **Common Stock** | **100** | **no value** |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**September 16, 2009**_____     Signature__**/s/ Sean M Jeror**_____

**Sean M Jeror**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§  152 and 3571.

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

In re    **Caskinette Auto Sales, Inc. d/b/a TI Auto Sales Yamaha Shi-Doo**    ,

Debtor

Case No.

Chapter    **11**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**16-1496655**

## CERTIFICATION OF MAILING MATRIX

     I,(we),   **David P. Antonucci**  , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or

petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been

compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the

schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated:    **September 16, 2009**

                                    **/s/ David P. Antonucci**

                                    **David P. Antonucci**
                                    Attorney for Debtor/Petitioner
                                    (Debtor(s)/Petitioner(s))

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

ADP
455 Electronics Parkway
Liverpool, NY 13088


Alex Bay Auto Parts
P.O. Box 366
Alexandria Bay, NY 13607


American Honda Finance Corporation
P.O. Box 7829
Philadelphia, PA 19101-7829


AmeriCU
P.O. Box 4179
Rome, NY 13440-4179


Cheney Tire
839 State Street
Watertown, NY 13601


Community Bank National Association
216 Washington Street
Watertown, NY 13601


Custom Assembly Inc
2952 CR 107
Haviland, OH 45851


Davidson's Auto Group
Box 6069 Outer Washington Street
Watertown, NY 13601


Deily Mooney & glastetter
8 Thurlow Terrace
Albany, NY 12203


Deily. Mooney & Glastetter, LLP
8 Thurlow Terrace
Albany, NY 12203


Eiss Brothers
28250 State RT 37
Watertown, NY 13601

Erie Insurance
8035 Spruce Hill Drive
Clay, NY 13041

Form Solutions
P.O. Box 850907
Mobile, AL 36685

GE Capital
P.O. Box 6229
Carol Stream, IL 60197-6229

GE Capital
P.O. Box 6229
Carol Stream, IL 60197-6229

GE Capital Bobcat
P.O. box 6229
Carol Stream, IL 60197-6229

GE Commercial Distribution Finance Corp
5595 Trillium Blvd.
Hoffman Estates, IL 60192

Gouverneur Savings & Loan
42 Church Street
PO Box 297
Gouverneur, NY 13642

Honda

HSBC

Hutchinson's Boat Works
27 Holland Street
Alexandria Bay, NY 13607

Interstate Battery
393 N Collingwood Ave
Syracuse, NY 13206

Lofinks
36788 NYS RT 26
P.O. Box 630
Carthage, NY 13619

M&T Bank
P.O. Box 62082
Baltimore, MD 21264-2082

Menter Rudin & Trivelpiece
308 Maltbie Street
Suite 200
Syracuse, NY 13204

National Grid
P.O. Box 1303
Buffalo, NY 14240

Northeast Rentals & Sales
22620 Fisher Rd
Watertown, NY 13601

Parts Unlimited
P.O. Box 5222
Janesville, WI 53547-5222

Rigid Hitch Inc
3301 West Burnsville Parkway
Burnsville, MN 55337

St Lawrence County Newspapers
P.O. Box 409
Ogdensburg, NY 13669-0409

Taylors Auto Products
P.O. Box 8006
Syracuse, NY 13217

Thousand Island Auto/Boat
343 James Street
Clayton, NY 13624

Thousand Island Printing Co Inc
P.O. Box 277
Alexandria Bay, NY 13607

Time Warner Cable
P.O. Box 4222
Buffalo, NY 14240-4222

Town of Orleans
P.O. Box 103
La Fargeville, NY 13656

UZ Engineered Products
P.O. Box 74189
Cleveland, OH 44194-0268

Yellow Book
P.O. Box 11815
Newark, NJ 07101-8115

# United States Bankruptcy Court
## Northern District of New York

In re    <u>Caskinette Auto Sales, Inc. d/b/a TI Auto Sales Yamaha Shi-Doo</u>    Case No.   _____

Debtor(s)    Chapter   <u>11</u> _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>Caskinette Auto Sales, Inc. d/b/a TI Auto Sales Yamaha Shi-Doo</u> in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Sean M Jeror**
**42736 NYS Route 12**
**Alexandria Bay, NY 13607**


☐ None [*Check if applicable*]


| | |
|---|---|
| **September 16, 2009** | **/s/ David P. Antonucci** |
| Date | **David P. Antonucci** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Caskinette Auto Sales, Inc. d/b/a TI Auto Sales Yamaha Shi-Doo** |
| | **Antonucci Law Firm** |
| | **The Bonadio Building** |
| | **12 Public Square** |
| | **Watertown, NY 13601** |
| | **(315) 788-7300 Fax:(315) 788-1643** |